UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JONATHAN PARK,<br><br>        Defendant/Judgment Debtor,<br><br>  and<br><br>CATHAY BANK,<br><br>        Garnishee. | NO. 2:19-MC-00069-RSL<br><br>(2:13-CR-00374-MJP-1)<br><br>**Continuing Garnishment Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Cathay Bank, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Cathay Bank filed its Form Answer on July 11, 2019, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Jonathan Park's spouse, Jisoo Park, was an active employee who was paid bi-weekly, and who maintained interest in a company 401k plan that is in the possession, custody or control of the Garnishee.

CONTINUING GARNISHMENT ORDER (*USA v. Jonathan Park & Cathay Bank,* Court Nos. 2:19-MC-00069-RSL & 2:13-CR-00374-MJP-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about June 20, 2019, the Defendant/Judgment Debtor and his spouse have not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Cathay Bank, shall pay to the United States District Court for the Western District of Washington, (1) the non-exempt earnings payable to Defendant/Judgment Debtor's spouse, Jisoo Park, upon each period of time when Ms. Park is entitled to receive such funds, and (2) the entire amount (less federal tax withholdings paid to the Internal Revenue Service) of non-exempt property from any and all accounts, including the company 401k plan, in the Garnishee's possession, custody or control, in which Jisoo Park maintains an interest and meets the requirements to withdraw, or becomes eligible to withdraw, but such amount shall not exceed the amount necessary to pay Mr. Park's restitution balance in full; and

That the Garnishee shall continue said payments, if any, until Defendant/Judgment Debtor Jonathan Park's debt is paid in full or until Jisoo Park is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to Ms. Park or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

**CONTINUING GARNISHMENT ORDER (***USA v. Jonathan Park & Cathay Bank,* **Court Nos. 2:19-MC-00069-RSL & 2:13-CR-00374-MJP-1) - 2**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

That such payment(s) shall be applied to Defendant/Judgment Debtor Jonathan Park's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:13-CR-00374-MJP-1 and 2:19-MC-00069-RSL, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

Dated this 3rd day of October, 2019.

*/s/ Robert S. Lasnik*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHMENT ORDER (*USA v. Jonathan Park & Cathay Bank,* Court Nos. 2:19-MC-00069-RSL & 2:13-CR-00374-MJP-1) - 3**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970